MAR 3 2021 PM 12:16
FILED-USDC-CT-HARTFORD

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Connecticut ▼

_____ Division

FRIMPONG AMPADU

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CAPITAL ONE BANK

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-00275(VLB)
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FRIMPONG AMPADU |
| Street Address | 39 BUCKLAND ST #13223 |
| City and County | MANCHESTER, HARTFORD COUNTY |
| State and Zip Code | CT 06042 |
| Telephone Number | 8603272348 |
| E-mail Address | AMPADUFRIMPONG441@GMAIL.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | CAPITAL ONE BANK |
| Job or Title *(if known)* | |
| Street Address | P.O. BOX 71083 |
| City and County | CHARLOTTE, MECKLENBURG |
| State and Zip Code | NORTH CAROLINA, 28272 |
| Telephone Number | (877) 383-4802 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 USC 1692, 1681, 1601, 1611, 1640, 1691

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
At 39 BUCKLAND ST #13223 MANCHESTER, CONNECTICUT 06042

B.    What date and approximate time did the events giving rise to your claim(s) occur?
On or about July 06, 2020

C.      What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1. On or about July 06, 2020, I entered into a consumer credit transaction with Defendant. Defendant did not provide disclosure on billing statements that it was an attempt to collect a debt, they also failed to disclose that Plaintiff has a right to dispute. Defendant used deceptive practices and misleading representations to collect on the alleged debt from the plaintiff that he is not entitled to. Defendant stole my money and refused to refund after I demanded they do so in writing sent via USPS with a return receipt and also through the Consumer Financial Protection Bureau. Pursuant to 15 USC 1692g(c), The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer. I have been harmed in the amount of $2,221.11 ($1,038.14 paid in September, 2020 and $1,182.97 paid in November, 2020) plus interest for holding my money which the defendant is not entitled to. **See Exhibit 1 and 2**. 2. Defendant discriminated against Plaintiff in a consumer credit transaction by closing two of my credit card accounts because I exercised my right under the fair debt collection practices act in good faith (see exhibit 3 and 4) 3. Further, Defendant is advertising an alleged debt on the closed credit card accounts to credit reporting agencies to coerce payment.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

**1.** I have suffered back, neck and waist injuries because I worked over 60 hours a week just so I could pay on the alleged debt. I have suffered injuries in loss of money due to opportunity cost because the Defendant is holding my money he doesn't have right to. **2.** The action of Defendant has cost me injuries in embarrassment, distress and damage to my reputation because my payments were declined before knowing they had taken an action to close my credit card accounts. This also constitutes unauthorized use of my credit card which Defendant used to originate such credit. Pursuant to 15 USC 1602(p), unauthorized use means a use of a credit card by a person other than the cardholder who does not have actual, implied, or apparent authority for such use and from which the cardholder receives no benefit. ( Pursuant to 15 USC 1602(l), The term "credit card" means any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit.) **3.** Action by Defendant has damaged my credit report and my ability to obtain credit which has brought distress and hard times upon me without any fault of my own.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages

Plaintiff ask the court to order relief under the following Acts. 1. I am entitled by the Fair Debt Collection Practices Act to a $1,000 plus any consequential damages 2. I am entitled under Equal Credit Opportunity Act to $10,000 plus any consequential damages 3. I am entitled under Truth In Lending Act to $5,000 plus any consequential damages 4. I am entitled under the Fair Credit Reporting Act $1,000 plus any consequential damages. Please order Defendant to give Plaintiff $27,000 plus consequential damages. An open end consumer credit plan for Plaintiff pursuant to 15 USC 1602(j) and any punitive damages the court deem equitable.


## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/01/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: FRIMPONG AMPADY

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address